Arthur A. Navarette (SBN 159973)
Law Offices Of Arthur Albert Navarette
1625 The Alameda, Suite 700
San Jose, CA 95126
Telephone: (408) 275-9500
Facsimile: (408) 275-9131

Attorney for Plaintiff
Yvette Bonnet

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE BONNET,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. HEALTHWORKS MEDICAL GROUP, PROF. CORP.; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 5:18-cv-05591-NC<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff hereby demands a trial by jury of the causes of action and claims asserted in her Complaint for Damages. Plaintiff does not waive her right to file a motion to remand the action back to State Court.

Dated: September 21, 2018

Law Offices Of Arthur Albert Navarette

By: _____
Arthur A. Navarette
Attorney for Plaintiff Yvette Bonnet

1

# PROOF OF SERVICE

I am a citizen of the United States, over the age of eighteen, and not a party to the within action. I am employed by Law Offices of Arthur Albert Navarette whose business address is 1625 The Alameda, Suite 700, San Jose, CA 95126. On the date set forth below I served the following documents:

## DEMAND FOR JURY TRIAL

on the following person(s) in this action:

Charles L. Thompson, Esq.
Andrew M. Massara, Esq.
Ogletree Deakins, Nash, Smoak & Stewart
One Market Plaza
San Francisco, CA 94105

in the following manner:

[X] (BY MAIL) By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as set forth above.

[ ] (BY OVERNIGHT DELIVERY) By placing the document(s) listed above in a sealed envelope for overnight delivery, in a box or other facility regularly maintained by an express service carrier, or delivered to an authorized courier or driver authorized by that express service carrier with delivery fees paid or provided for, and addressed as set forth above.

[ ] (BY FACSIMILE) The document(s) listed above were transmitted by facsimile transmission from facsimile machine number (408) 275-9131 on _____ to the offices of the person(s) listed above, at their respective facsimile numbers shown above. The transmission was reported as complete and without error. The transmission report, a copy of which is attached to this proof of service, was properly issued by the transmitting facsimile machine.

[ ] (BY PERSONAL DELIVERY) I caused true and correct copies of the above documents to be placed in an envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed September 21, 2018 at San Jose, California.

Cristal Frias

1

---

| Yvette Bonnet v. U.S. Healthworks Medical Group, Prof. Corp, et al. | Proof of Service | Case No.: 5:18-cv-05591-NC |