United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| YVETTE BONNET, | Case No. 18-CV-05591-LHK |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| U.S. HEALTHWORKS MEDICAL GROUP, PROF. CORP., | |
| Defendant. | |

On December 7, 2018 the Court proposed a case schedule and ordered the parties to file any objections by 2:00 p.m. on December 10, 2018. ECF No. 17. The parties filed no objections.

Accordingly, the December 12, 2018 case management conference is hereby CONTINUED to April 3, 2019 at 2:00 p.m. The parties shall file their joint case management statement by March 27, 2019. Moreover, the Court sets the following case schedule:

| Scheduled Event | Date |
|---|---|
| Last Day to Amend the Pleadings/Add Parties | February 4, 2019 |
| Case Management Conference | April 3, 2019 at 2:00 p.m. |
| Close of Fact Discovery | June 14, 2019 |
| Opening Expert Reports | June 28, 2019 |
| Rebuttal Expert Reports | July 19, 2019 |

1

Case No. 18-CV-05591-LHK
CASE MANAGEMENT ORDER

| Close of Expert Discovery | August 23, 2019 |
| --- | --- |
| Last Day to File Dispositive Motions (one per side in the entire case) | September 26, 2019 |
| Hearing on Dispositive Motions | November 21, 2019 at 1:30 p.m. |
| Final Pretrial Conference | February 6, 2020 at 1:30 p.m. |
| Jury Trial | March 23, 2020 at 9:00 a.m. |
| Length of Trial | 4 days |

**IT IS SO ORDERED.**

Dated: December 10, 2018

_____
LUCY H. KOH
United States District Judge

2

Case No. 18-CV-05591-LHK
CASE MANAGEMENT ORDER